**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SIDY MIRANDA DIOP,<br><br>*Petitioner*,<br><br>v.<br><br>ICE.<br><br>*Respondents*. | HON. Michael E. Farbiarz<br><br>Civil Action No. 26- cv-09541<br><br>**DECLARATION OF RUBEN PEREZ JR.** |

I, Ruben Perez Jr., do hereby declare and state as follows:

1. I am the Deputy Field Office Director with the Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), Newark Field Office, in Newark, New Jersey.

**2.** I have prepared this declaration in connection with the Petition for a Writ of Habeas Corpus in the United States District Court for the District of New Jersey filed by Sidy Miranda Diop ("Petitioner"). Petitioner is assigned the following alien number: [redacted] 466. ERO New York has docket and case management jurisdiction over this case. The following representations are based on information provided to me in the course of my official duties, and my review of records maintained by DHS in the ordinary course of business.

3. On July 23, 2026, at 9:30 a.m., the Petitioner was transferred out of Delaney Hall in Newark, New Jersey and at 1:45pm booked into Brooklyn Metropolitan Detention Center in Brooklyn, NY.

4. On July 29, 2026, at 2:28 p.m., the Court issued a text order prohibiting the removal of Petitioner from the state of New Jersey and ordered that a declaration from ICE be filed on or before July 29, 2026, at 6:30 p.m.

5. On July 29, 2026, at 3:43 p.m., ERO received the Court's text order and written legal advice from the United States Attorney's Office on the subject of ICE's obligation to comply with the order.

Pursuant to the authority of 28 U.S.C. § 1746, I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and based on information obtained from other individuals employed by ICE and my review of records maintained by DHS in the ordinary course of business.

RUBEN PEREZ Digitally signed by RUBEN PEREZ
Date: 2026.07.29 16:33:21 -04'00'

________________________ Date ________________________

Ruben Perez Jr.
Deputy Field Office Director
U.S. Immigration and Customs Enforcement
Newark, New Jersey