UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Sidy Miranda Diop,

Petitioner,

v.

Ice,

Respondent.
---------------------------------------------------------X

JUDGMENT

26-cv-04795-DG

An Order of the Honorable Diane Gujarati, United States District Judge, having been filed on November 12, 2026, dismissing the action, without prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

ORDERED and ADJUDGED that judgment is entered in favor of Respondent; pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
November 13, 2026

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk